1  Jason A. James (SBN 265129)
   E-mail: jjames@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   18300 Von Karman Avenue, Suite 650
3  Irvine, California 92612-1032
   Tel: 949.863.3363   Fax: 949.863.3350
4
   Attorneys for Defendant
5  THE PRUDENTIAL INSURANCE
   COMPANY OF AMERICA
6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | SANDRA REID-BUEHLER, | Case No. 4:25-cv-02427-HSG |
| --- | --- |
| Plaintiff, | **STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE; ORDER (as modified)** |
| v. | Judge: Hon. Haywood S. Gilliam, Jr. |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Date: June 17, 2025 |
| | Time: 2:00 p.m. |
| Defendant. | Crtrm.: Zoom |

19       WHEREAS, on May 21, 2025, the Court continued the Case Management Conference in

20 this matter to June 17, 2025, at 2:00 p.m. [Dkt. No. 18];

21       WHEREAS, counsel for defendant THE PRUDENTIAL INSURANCE COMPANY OF

22 AMERICA ("Prudential"), Jason A. James of Burke, Williams & Sorensen, LLP, is unavailable on

23 June 17, 2025, at 2:00 p.m. due to a previously scheduled Case Management Conference on that

24 date and time before the Honorable Jon S. Tigar in *Franco Salvetti v. The Prudential Insurance*

25 *Company of America*, Case No. 4:25-cv-02471-JST;

26       WHEREAS, counsel for Plaintiff and Prudential have met and conferred regarding Mr.

27 James' unavailability on June 17, 2025, and believe good cause exists to continue the Case

28 Management Conference by one week to June 24, 2025, at 2:00 p.m.;

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4935-1183-7766 v1                                1                     Case No. 4:25-cv-02427-HSG
STIPULATION TO CONTINUE THE CASE
MANAGEMENT CONFERENCE

1  IT IS HEREBY STIPULATED, by and between Plaintiff and Prudential, by and through their attorneys of record, that the parties respectfully request the Case Management Conference be continued to June 24, 2025, at 2:00 p.m., with a Joint Case Management Conference Statement due by June 17, 2025.

**IT IS SO STIPULATED.**

Dated:  May 21, 2025                                    RENAKER SCOTT LLP


By:  _____/s/ Teresa S. Renaker_____
     Teresa S. Renaker
     Attorneys for Plaintiff
     SANDRA REID-BUEHLER


Dated:  May 21, 2025                                    BURKE, WILLIAMS & SORENSEN, LLP


By:  _____/s/ Jason A. James_____
     Jason A. James
     Attorneys for Defendant
     THE PRUDENTIAL INSURANCE
     COMPANY OF AMERICA

### FILER'S ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4935-1183-7766 v1

2

Case No. 4:25-cv-02427-HSG
STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE

## ORDER CONTINUING THE
## CASE MANAGEMENT CONFERENCE

Based upon the Stipulation of the parties, and good cause appearing therefor, the Court hereby continues the Case Management Conference to June 24, 2025, at 2:00 p.m. to be held by Zoom. The Zoom webinar information and instructions remain the same as previously provided in docket no. 15. A Case Management Conference Statement is due by June 17, 2025.

**IT IS SO ORDERED.**

Dated: 5/22/2025

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4935-1183-7766 v1

1

Case No. 4:25-cv-02427-HSG
STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE