UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA REID-BUEHLER,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 25-cv-02427-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on June 24, 2025. Having considered the parties' proposal, *see* Dkt. No. 23, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline for Plaintiff to File Rule 52 Motion | October 14, 2025 |
| Deadline for Defendant to File Administrative Record | October 14, 2025 |
| Deadline for Defendant to File Opposition and Rule 52 Cross-Motion | November 4, 2025 |
| Deadline for Plaintiff to File Reply and Opposition | November 18, 2025 |
| Deadline for Defendant to File Reply | December 4, 2025 |
| Rule 52 Hearing | December 18, 2025, at 10:00 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   6/26/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2