Teresa S. Renaker – Cal. Bar No. 187800
Kirsten G. Scott – Cal. Bar No. 253464
RENAKER SCOTT LLP
505 Montgomery Street, Suite 1125
San Francisco, CA 94111
Telephone: (415) 653-1733
Facsimile: (415) 761-3953
teresa@renakerscott.com
kirsten@renakerscott.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SANDRA REID-BUEHLER,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | Case No. 4:25-cv-02427-HSG<br><br>**STIPULATION TO EXTEND DEADLINE FOR PARTIES TO FILE STIPULATION SELECTING ADR PROCESS; ORDER THEREON** |

WHEREAS, on June 24, 2025, the Court ordered that the parties file their Stipulation and Proposed Order Selecting ADR Process no later than July 1, 2025; and

WHEREAS, the Court further ordered that the parties file a joint statement regarding the status of their potential dispute regarding Plaintiff's benefit amount no later than July 8, 2025; and

WHEREAS, the parties' selection of an ADR process turns in part on whether Plaintiff's benefit amount is disputed, and the parties currently are working to clarify that question; and

WHEREAS, the parties therefore desire to submit their Stipulation and Proposed Order Selecting ADR Process contemporaneously with their joint statement regarding the potential dispute;

NOW, THEREFORE, the parties hereby stipulate and jointly request that the Court order that the deadline for the parties to file their Stipulation and Proposed Order Selecting ADR

1  Process is extended to July 8, 2025.

Dated: June 30, 2025

Respectfully submitted,

RENAKER SCOTT LLP

By: */s/ Teresa S. Renaker*
Teresa S. Renaker

Attorneys for Plaintiff

Dated: June 30, 2025

BURKE, WILLIAMS & SORENSON, LLP

By: */s/ Jason A. James*
Jason A. James

Attorneys for Defendant

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that each of the other signatories have concurred in the filing of this document.

Dated: June 30, 2025

*/s/ Teresa S. Renaker*
Teresa S. Renaker

**ORDER**

Pursuant to stipulation, and good cause appearing, the deadline for the parties to submit their Stipulation and Proposed Order Selecting ADR Process is extended from July 1, 2025, to July 8, 2025.

IT IS SO ORDERED.

Dated: 6/30/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge