UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Reid-Buehler<br><br>Plaintiff(s)<br>v.<br><br>The Prudential Ins. Co. of America<br><br>Defendant(s) | CASE No C 4:25-cv-02427-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
Private mediation w/ Adrienne Publicover of JAMS

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: September 10, 2025

Date: July 8, 2025      //s/ Teresa S. Renaker
                         Attorney for Plaintiff

Date: July 8, 2025      //s/ Jason A. James
                         Attorney for Defendant

☒ **X IT IS SO ORDERED.**
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 7/8/2025        *[signature]* Haywood S. Gilliam, Jr.
                       U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*